**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JULIE DOE, | : | CIVIL ACTION |
| Plaintiff, | : | No. 26-cv-2302-JMY |
| v. | : | |
| BRYAN McQUILLAN, et al., | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 7th day of October, 2026, upon consideration of Defendants' Motions to Dismiss (ECF Nos. 32, 37, 44) and responses thereto, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' motions are **GRANTED IN PART AND DENIED IN PART**, as follows:

1. Defendants' motions to dismiss are **GRANTED** without prejudice as to Counts 4–9; and
2. **DENIED** as to all other counts.

BY THE COURT:

*/s/ John Milton Younge*

**Judge John Milton Younge**